In the Matter of the Probate of the Will of HARRIETTE C. ARMSTRONG, Deceased.

HORTENSE P. HARTMAN, Appellant; FREDERICK W. ARMSTRONG, Respondent.

*Matter of Armstrong,* 142 App. Div. 926, affirmed.
(Argued May 9, 1912; decided May 24, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 11, 1911, which affirmed a decree of the Livingston County Surrogate's Court denying probate to an instrument propounded as the will of Harriette C. Armstrong, deceased.

*Fletcher C. Peck* and *Fred W. Noyes* for appellant.

*Charles D. Newton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.